```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 22736
   THERESA A ADAMOVITZ
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5916

----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 12/04/2007 and was not confirmed.

     The case was dismissed without confirmation 04/03/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
----------------------------------------------------------------------
HSBC BANK                CURRENT MORTG        .00         .00           .00
AMERICREDIT              PRIORITY         16220.09        .00           .00
HSBC BANK USA            NOTICE ONLY     NOT FILED        .00           .00
HSBC BANK                SECURED NOT I    8593.03         .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED        1617.93         .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                       .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                      ---------------   ---------------
TOTALS                    .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 07/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```